UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ANN MCCONVILLE,

Plaintiff,

v.

REV RECREATION GROUP, INC.,

Defendant.

Case No. 26-cv-11066

Honorable Robert J. White

**ORDER GRANTING AGREED CONSENT AND STIPULATION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF INDIANA, FORT WAYNE DIVISION**

The Court, being duly advised in the premises, hereby grants the Parties' Agreed Consent and Stipulation to Transfer, and transfers this case from the United States District Court, Eastern District of Michigan, to the United States District Court of Indiana, Fort Wayne Division, pursuant to 28 U.S.C. § 1404(a). The Clerk of Courts is hereby directed to transfer this case to the United States District Court for the Northern District of Indiana, Fort Wayne Division *instanter*.

SO ORDERED.

Dated: September 30, 2026

s/Robert J. White
Robert J. White
United States District Judge